| | |
|---|---|
| BLAKE GARY ADAMS, WILLIAM GARY ADAMS, KEITH ADAMS, D&T FARMS, INC. and WARREN FARMING PARTNERSHIP, <br><br> Appellants, <br> v. <br><br> SOUTHERN PRODUCE DISTRIBUTORS, INC. <br> Appellee, | **JUDGMENT** <br><br> No. 7:20-CV-53-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 28, 2022, that the bankruptcy court's order striking appellants' jury trial demand is AFFIRMED.

**This Judgment Filed and Entered on March 28, 2022, and Copies To:**

James Michael Fields / John A. Northern / Luther D. Starling, Jr. / Luther Donald Starling, Jr. /Michael J. Parrish (via CM/ECF Notice of Electronic Filing)
Gregory Byrd Crampton / Steven Craig Newton, II  (via CM/ECF Notice of Electronic Filing)

March 28, 2022                    PETER A. MOORE, JR. CLERK
                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk